PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| DALE H. HENCEROTH, *et al.*, | ) |
|     Plaintiffs, | ) CASE NO. 4:15CV2591 |
| v. | ) JUDGE BENITA Y. PEARSON |
| CHESAPEAKE EXPLORATION, L.L.C., | ) |
|     Defendant. | ) **ORDER** <br> [Resolving ECF No. 139] |

    Pending is Plaintiffs' Consent Motion for an Order Allowing Defendant Until January 15, 2019 to Complete Production of its Accounting Reconciliation (ECF No. 139). Plaintiffs move the Court for an Order (1) allowing Defendant until January 15, 2019 to supplement its prior production in a format similar to the Accounting Reconciliation it produced previously and (2) allowing Defendant until December 12, 2018 to supplement its answer to Interrogatory No. 2 of Plaintiff Melinda Henceroth's First Set of Interrogatories.

    The Order (ECF No. 134) entered on August 28, 2018 sets forth cutoff dates for merits discovery (November 14, 2018[1]) and the exchange of expert reports (November 28, 2018 and December 19, 2018, respectively), with the discovery deposition of an opponent's expert witness to be completed by January 18, 2019. LR 16.1(b)(6) provides, in pertinent part: "discovery requests that seek responses or schedule depositions after the discovery cut-off are not

---

    [1] The Court adopted the date recommended by the parties. *See* Joint Status Report (ECF No. 133) at PageID #: 10711, ¶ 3.b.

(4:15CV2591)

enforceable except by order of the Court for good cause shown." Furthermore, "[n]o discovery dispute shall be brought to the attention of the Court, and no motion to compel may be filed, more than ten (10) days after the discovery cut-off date." LR 37.1(b).

    For good cause shown, Plaintiffs' Consent Motion for an Order Allowing Defendant Until January 15, 2019 to Complete Production of its Accounting Reconciliation (ECF No. 139) is granted as requested. No other dates are extended.

    IT IS SO ORDERED.

| | |
|---|---|
|  November 27, 2018  |   /s/ Benita Y. Pearson  |
| Date | Benita Y. Pearson<br>United States District Judge |